IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERCK & CO., INC., and<br>MSD TECHNOLOGY, L.P.<br><br>     Plaintiffs,<br><br>    v.<br><br>CANADA DRUGS.COM PARTNERSHIP<br>and KRIS THORKELSON, d/b/a<br>CANADADRUGS.COM<br><br>     Defendants. | Civil Action No.<br><br>05 CV 3699 (DC)<br><br>ECF CASE – Electronically Filed |

**ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS
BETWEEN MERCK & CO., INC. AND MSD TECHNOLOGY, L.P.
AND CANADADRUGS.COM PARTNERSHIP AND KRIS THORKELSON**

Pursuant to the Parties' Stipulation and good cause appearing therefore, it is hereby ordered that Plaintiffs MERCK & CO., INC. and MSD TECHNOLOGY, L.P.'s (collectively "Merck") claims against Defendants CANADADRUGS.COM PARTNERSHIP and KRIS THORKELSON (collectively "CanadaDrugs.com") and CanadaDrugs.com's counterclaims against Merck in the above referenced action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

*[signature]*

THE HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE

Date: _9/22/06_

1018534 v1